ACCEPTED
06-14-00174-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/28/2015 8:04:47 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/28/2015 8:04:47 PM

DEBBIE AUTREY
Clerk

RODERICK BEHAM,
          Appellant

v.

STATE OF TEXAS,
          Appellee

NO. 06-14-00174-CR
Trial Court #14 F 0004 005

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Roderick Beham**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.    This case is pending from the 5th Judicial District Court of Bowie County, Texas. The date of the Judgment is August 29, 2014, with sentence being imposed by the trial court on August 29, 2014.

B.    The case was styled, "State of Texas v. Roderick Beham., Cause No. 14 F 0004-005.

C.    Appellant was convicted of the offense of Aggravated Robbery.

D.    Punishment was assessed by the jury to 25 years in the Institutional Division of the Texas Department of Criminal Justice.

E.    The Appellant's Brief is due to be filed April 29, 2015.

F.    Appellant requests an extension of the filing of Appellant's Brief for ten (12) days, making the Appellant's Brief due on May 11, 2015.

G.    Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court however, due to counsel's preparation and now participation in the trial of a capital murder jury trial styled the State of Arkansas v. Tim Howard, in the Circuit Court of Little River County, Arkansas, which began jury selection on April 24th, and is anticipated that the trial will last until May 6th or 7th. Appellant's, counsel has had insufficient time to complete Appellant's brief. Additionally, Appellant's counsel has been developing the issue of voluntariness of the Appellant's statement to police. To completely develop this issue, Appellant's counsel has had to request a copy of the video of the Appellant from his trial counsel. The delay in obtaining this video with the record has also required that the motion be granted.

H.    There has been one previous requests for extension in this cause.

I.    Counsel for Appellant has contacted the Assistant Criminal District

Attorney for Bowie County, Texas, who is assigned to this matter and she has no objection to the request of the Appellant.

## II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

*/s/Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Second Motion for Extension of Time to File Appellant's Brief has been

forwarded to Ms. Samantha Oglesby, 601 Main Street, Texarkana, Texas, on this the 28th day of April2015.

/s/Alwin A. Smith
Alwin A. Smith